THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

ARAMARK REFRESHMENTS SERVICES, LLC, a Delaware limited liability company,

Defendant.

Case No. 2:23-cv-01713-RSM

**SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT**

NOTE ON MOTION CALENDAR: January 3, 2024

## STIPULATION

Defendant Aramark Refreshment Services, LLC and Plaintiff Northwest Administrators, Inc. hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to February 5, 2024.

On December 5, 2023, this Court approved the parties first stipulation to extend Defendant's deadline to answer or respond to Plaintiff's complaint to January 4, 2024. Dkt. 7. The parties need more time to investigate and assess the claims at issue in this matter. The parties have since conferred and agree, subject to the Court's approval, to allow Defendant until February 5, 2024, to respond to Plaintiff's Complaint. In light of this, there is good cause to grant the parties' second stipulated request for additional time. Accordingly, Plaintiff and Defendant stipulate and

SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 1
(Case No. 2:23-cv-01713-RSM)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

agree, subject to the Court's approval, to extend the Defendant's deadline to answer or otherwise respond to February 5, 2024.

This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection, including lack of jurisdiction and the right to seek arbitration of Plaintiff's claims.

*IT IS SO STIPULATED.*

Dated this 3rd day of January, 2024.

                    **MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA #53644
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorney for Defendant*

SECOND STIPULATION AND ORDER
EXTENDING DEFENDANT'S DEADLINE TO
ANSWER OR RESPOND TO COMPLAINT - 2
(Case No. 2:23-cv-01713-RSM)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Amy P. Taylor*
Amy P. Taylor, WSBA # 53644
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: amy.taylor@morganlewis.com

*Attorney for Defendant*

**REID, MCCARTHY, BALLEW & LEAHY, LLP**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA # 2560
100 West Harrison Street, N. Tower, #300
Seattle, WA 98119
Phone: (206) 285-0464
Email: rjr@rmbllaw.com

*Attorney for Plaintiff*

SECOND STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER OR RESPOND TO COMPLAINT - 3
(Case No. 2:23-cv-01713-RSM)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401