THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK REFRESHMENT SERVICES, LLC, a Delaware limited liability company, <br><br> Defendant. | NO.   2:23-cv-01713-RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and Amy P. Taylor of Morgan, Lewis & Bockius LLP, attorneys for Defendant, Aramark Refreshment Services, LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.  This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, August 2023, for Account Nos. 217245, 217297, 217246, and 217247, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said

period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than August 2023.

DATED this   29th   day of    January   , 2024.

| | |
|---|---|
| REID, BALLEW, LEAHY & HOLLAND,. BALLEW, L.L.P. | MORGAN, LEWIS & BOCKIUS LLP |
| */s/ Rusell J. Reid* | */s/ Amy P. Taylor* |
| Russell J. Reid, WSBA #2560 | Amy P. Taylor, WSBA #53644 |
| 100 West Harrison Street, N Tower #300 | 1301 Second Avenue, Suite 2800 |
| Seattle WA 98119 | Seattle WA 98101 |
| Phone: (206) 285-0464 | Phone: (206) 274-6400 |
| Email: rjr@rmbllaw.com | Email: amy.taylor@morganlewis.com |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorney's fees for the time period encompassed by this action, August 2023, for Account Nos. 217245, 217297, 217246, and 217247, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from

collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than August 2023.

ORDER ENTERED this 30th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, BALLEW,LEAHY & HOLLAND, L.L.P.

By:   _/s/ Rusell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff